UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GASTON WILKES,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 16-cv-02636-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 2 |

Pursuant to plaintiff's notice of voluntary dismissal (Docket No. 4) under Rule 41(a) of the Federal Rules of Civil Procedure, this case is **DISMISSED** without prejudice.

The Clerk shall close the file and terminate the pending motion to proceed in forma pauperis (Docket No. 2) as moot.

**IT IS SO ORDERED.**

Dated: June 27, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID GASTON WILKES,

    Plaintiff,

  v.

CITY OF SAN FRANCISCO, et al.,

    Defendants.

Case No.   16-cv-02636-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 27, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Gaston Wilkes
1 Moreland Drive
#16664366
San Bruno, CA 94066

Dated: June 27, 2016

    Susan Y. Soong
    Clerk, United States District Court

By: *(signature)*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2